935 A.2d 1267

COMMONWEALTH of Pennsylvania, Respondent,

v.

Earl WILSON, Petitioner.

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## ORDER

PER CURIAM.

AND NOW, this 24th day of October, 2007, the Petition for Allowance of Appeal is hereby **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for further consideration in light of *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007).